NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LUDMILA BOIKO,

          Plaintiff-Appellant,

  v.

SANTA CRUZ COUNTY,

          Defendant-Appellee.

No.   18-16777

D.C. No. 5:18-cv-03324-LHK

MEMORANDUM[*]

Appeal from the United States District Court
for the Northern District of California
Lucy H. Koh, District Judge, Presiding

Submitted March 3, 2020[**]

Before:    MURGUIA, CHRISTEN, and BADE, Circuit Judges.

    Ludmila Boiko appeals pro se from the district court's order dismissing her

action alleging federal claims arising from the mistreatment of her adult daughter.

We have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of

discretion a dismissal for failure to prosecute.  *Ash v. Cvetkov*, 739 F.2d 493, 495

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1984).  We affirm.

The district court did not abuse its discretion by dismissing Boiko's action because Boiko failed to file an amended complaint even after receiving an extension of time.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642-43 (9th Cir. 2002) (discussing the five factors to consider in determining whether to dismiss under Fed. R. Civ. P. 41(b)); *see also Dreith v. Nu Image, Inc.*, 648 F.3d 779, 788 (9th Cir. 2011) (this court reviews the record independently if the district court does not make explicit findings regarding each of the factors).

We do not consider matters not specifically and distinctly raised and argued in the opening brief.  *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**